445 A.2d 203

Commonwealth ex rel. Shannon v. Shannon, Appellant.

Argued February 23, 1982. Jay C. Glickman, for appellant; Richard J. Shiroff, submitted a brief on behalf of Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Affirmed.